# COUNTY OF SUFFOLK



**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

Date: 1/13/17

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index #614566/16, along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions

17 CV 121
JS/GRB



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 19 2017 ★
BROOKLYN OFFICE



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES**
filed in my office on **01/13/2017**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **1/13/2017** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF  
Suffolk County Supreme Court

**Document List**  
**Index # 614566/2016**

Created on: 01/13/2017 02:10 PM

Case Caption: **KRISTINA SHIELDS - v. - CREDIT CONTROL SERVICES, INC.**  
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 09/15/2016 | Pashkin, M. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 01/06/2017 | Pashkin, M. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>Removal to United States District Court for the Eastern District of New York | Processed | 01/10/2017 | Johnson, M. |
| 4 | EXHIBIT(S)<br>Copy of Filed Notice of Removal | Processed | 01/10/2017 | Johnson, M. |

Page 1 of 1

INDEX NO. 614566/2016
NYSCEF DOC. NO. 3                                                RECEIVED NYSCEF: 01/10/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------x
KRISTINA SHIELDS,
ON BEHALF OF HERSELF AND ALL OTHERS            Index No. 614566/2016
SIMILARLY SITUATED,

                      Plaintiff,

    -against-


CREDIT CONTROL SERVICES, INC.
D/B/A CREDIT COLLECTION SERVICES,

                      Defendant.
------------------------------------------------------------x

### NOTICE OF REMOVAL TO FEDERAL COURT

To:   Mitchell L. Pashkin         Clerk of Court
       775 Park Ave., Ste 255      Supreme Court of the State of New York,
       Huntington, NY 11743       County of Suffolk
       Attorney for Plaintiff         310 Center Drive
       Kristina Shields               Riverhead, NY 11901


      **PLEASE TAKE NOTICE**, that Defendant Credit Control Services, Inc., d/b/a Credit Collection Services, removed this action to the United States District Court for the Eastern District of New York by filing a Notice of Removal to Federal Court, a copy of which is attached hereto as Exhibit "1." A copy of said Notice of Removal has been served on all counsel of record.

      Pursuant to 28 U.S.C. §1446(d), no further proceedings in this case are permitted in this Court unless and until the case is remanded.

Dated:   New York, New York
         January 10, 2017

                                      Respectfully submitted,

                                      **MARSHALL DENNEHEY WARNER**
                                      **COLEMAN & GOGGIN, P.C.**

                                      *[signature]*

                                      Matthew B. Johnson
                                      Wall Street Plaza
                                      88 Pine Street, 21st Floor
                                      New York, New York 10005
                                      Tel: 212.376.6433
                                      MBJohnson@mdwcg.com
                                      Attorney for Defendant Credit
                                      Control Services, Inc.



Hasler
01/17/2017
US POSTAGE $000.46⁵
ZIP 11901
011E1

Eastern District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 19 2017 ★
BROOKLYN OFFICE

11201$1832 C013

**JUDITH A. PASCALE**
**SUFFOLK COUNTY CLERK**
310 CENTER DRIVE
RIVERHEAD, NEW YORK 11901-3392