Case 2:17-cv-00121-JS-GXB   Document 35   Filed 06/08/18   Page 1 of 1 PageID #: 264

**FILED
CLERK**
6/8/2018 4:11 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | |
|---|---|
| KRISTINA SHIELDS ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v<br><br>CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,<br><br>Defendant. | ORDER<br><br>Civil Action, File No. 2:17-cv-00121-JS-GRB |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its own costs and attorney's fees.

/s/ Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

By: /s/ Joseph A. Hess, Esq.
Joseph A. Hess, Esq.
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6438
Jahess@mdwcg.com
*Attorneys for Defendants*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: June 8, 2018
Central Islip, NY

The Clerk of the Court is directed to TERMINATE all pending motions and mark the case CLOSED.